**No. 45485.**—Protests 49961–K, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of. *Kraft* v. *United States* (T. D. 47955) the protests were sustained. *United States* v. *Suzarte* (8 Ct. Cust. Appls. 99, T. D. 37219) cited.

**No. 45486.**—Protests 49950–K, etc., of Di Santo & Co. et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 41794 the protests were sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 28, 1941

**No. 45487.**—Protest 9105–K of Ramon Arias (New York).

Opinion by BROWN, J.   On the record presented the protest was overruled.

**No. 45488.**—Protests 979438–G, etc., of S. Rosenfelder & Son, Inc. (New York).

Opinion by WALKER, J.   It was stipulated that the merchandise consists of fur waste similar to that the subject of Abstract 41389.   The claim at 10 percent under paragraph 1555 was therefore sustained.

**No. 45489.**—Protest 966567–G of O. E. Barrant (San Francisco).

Opinion by WALKER, J.   In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the stands and boxes in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 45490.**—Protests 39419–K, etc., of Henri Bendel, Inc. (New York).

Opinion by WALKER, J.   It appeared that the shoes in question are not made by the McKay process.   The claim at 20 percent under paragraph 1530 was therefore sustained.

**No. 45491.**—Protest 45629–K of A. J. Bracher Co., Inc. (New York).

Opinion by WALKER, J.   It was stipulated that the montan wax in. question is similar to that involved in *Smith* v. *United States* (1 Cust. Ct. 66, C. D. 18). The claim for free entry under paragraph 1796 was therefore sustained.